1036

No. 82-344. UNITED OIL MANUFACTURING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 82-378. MANDALAY SHORES COOPERATIVE HOUSING ASSN., INC. *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82-404. HILTON HOTELS CORP., SUCCESSOR TO FLAMINGO RESORT, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82-414. DEMJANJUK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82-423. KOO ET AL. *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82-425. MCWILLIAMS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 82-428. COWDEN, TRUSTEE *v.* CIAFFONI ET AL. Sup. Ct. Pa. Certiorari denied.

No. 82-447. SENTRY INSURANCE ET AL. *v.* TODD SHIPYARDS CORP. ET AL.; and

No. 82-528. TRAVELERS INSURANCE CO. *v.* TODD SHIPYARDS CORP. ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 674 F. 2d 401.

No. 82-467. SPLIT ROCK NURSING HOME *v.* OFFICE OF HEALTH SYSTEMS MANAGEMENT OF THE DEPARTMENT OF HEALTH OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.